UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

T. TERELL BRYAN,              )
                              )
            Plaintiff,        )
                              )
      v.                      )     No. 4:09-CV-1974-FRB
                              )
UNITED STATES DISTRICT COURT, et al., )
                              )
            Defendants.       )

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's "Petitioner [sic] for Case File" [Doc. #1]. Having carefully reviewed the said document, the Court finds that this matter does not present a case or controversy within the meaning of Article III of the United States Constitution.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED.**

An appropriate Order shall accompany this Order and Memorandum.

Dated this 16th day of December, 2009.

           **/s/ Jean C. Hamilton**
           **UNITED STATES DISTRICT JUDGE**